# Exhibit A



U.S. Department
of Transportation

**Pipeline and Hazardous
Materials Safety Administration**

Office of
Chief Counsel

1200 New Jersey Avenue, S.E.,
PHC-10, Room E26-331
Washington, D.C. 20590-0001
Phone: 202-366-4400
Fax: (202) 366-7041

*Hazardous Materials Safety
Law Division*

---

## WITHDRAWAL OF NOTICE OF PROBABLE VIOLATION

Date Issued:     November 6, 2023

PHMSA Case Nos.:  21-0367-PM-EA
                  21-0371-PM-EA

Docket No.:       PHMSA-2023-0038

Respondent:

gh Package Product Testing and Consulting, Inc.
4090 Thunderbird Lane
Fairfield, OH 45014

ATTN: Gerald Hock, CEO

Dear Mr. Hock:

    During two inspections on August 20, 2020, and July 20 and 22, 2021, investigators from the U.S. Department of Transportation's Pipeline and Hazardous Materials Safety Administration (PHMSA) discovered evidence of several probable violations of the Hazardous Materials Regulations (HMR; 49 CFR Parts 171-180) by gh Package Product Testing and Consulting, Inc. On November 10, 2022, PHMSA issued a combined Notice of Probable Violation (Notice) and proposed a civil penalty for three (3) violations. In an exercise of enforcement discretion, I have determined to withdraw the Notice and no further action will be taken regarding the three alleged violations set forth in the Notice.

    This withdrawal only addresses the alleged violations and evidence set forth in the Notice. By withdrawing the Notice, the Office of Chief Counsel is not making a finding of either compliance or violation in this matter. Should you have any questions or wish to respond to this withdrawal, please do so in writing and to the address listed on this letterhead.

Sincerely,

ADAM SCHAEFER HORSLEY
Digitally signed by ADAM SCHAEFER HORSLEY
Date: 2023.11.06 16:27:38 -05'00'

Adam Horsley
Assistant Chief Counsel

Hazardous Materials Safety Law Division

<u>CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>